FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

Micheal James )
[Enter above the full name of )
the plaintiff in this action] )
 )
 )
v. ) Docket no.
 )
Maine Department of )
Corrections )
 And )
Wellpath Recovery )
 Solutions )
[Enter above the full name of )
the defendant(s) in this action] )

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes [✓]  No [ ]

    B. If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

        1. Parties to this previous lawsuit

        Plaintiff(s) Mike James

        Defendant(s) All Members of Maine Department of Corrections

        2. Court [If federal court, name the district; if state court, name the county] Maine Federal District Court Bangor Maine

        3. Docket number ?

4. Name of judge whom case was assigned **I cant Remember**

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] **dismissed**

6. Approximate date of filing lawsuit **2016, And 2021**

7. Approximate date of outcome **2017   12021**

II. Place of present confinement **Maine Department of Correctia Maine Correctional Center**

  A. Is there a prisoner grievance procedure in this institution?
     Yes [✓]     No [ ]

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes [✓]   No [ ]

  C. If your answer is "Yes"

    1. What steps did you take? **I took my Grievances All the way through All 3 steps I tred to Resolve them But the worden and commissiner Refused to other any help.**

    2. What was the result? **All my Grievances were Denied even when I tred to have them Resolved In house**

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

  A. Name of Plaintiff **Michecl John James**
     Address **17 Mallison Falls Rd Windham, maine 04062**

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

  B. Name of Defendant **Domenic Coulter**
     Position **Corrections officer**
     Address **Maine Correctional Center 17 Mallison Falls Rd Windham, maine 04062**

C. Additional Defendant(s) ~~DOC~~ ~~Warden~~ Warden Anthoney Cantill ~~DW~~ Unit Manager Sue Carr, Charles Dame, Sargent C Kitton Carl Coffin, officer Stanhope, Sargent Turn formerly Capt. Turner, off. Deangleo, Sargent Redmond ~~mon.~~

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

My case began when I was placed ~~here~~ at the Maine correctional center. However I feel its extreamly important for the corts to allow me to give an extensive background so it can fully under

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

250,000 Puntive Damages and 1.5 million in Damages for caussing my poos body ~~mind~~ to never be able to work again at ~~anymore~~ ~~too~~ I want MDOC to pay this money because of all the cruel and unuseall punishment That gave I'll never be able to work a real job because of all the emoinal ~~stress~~ true

Signed this 6th day of May, 2022            Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

5/6/2022
Date                                        Signature of Plaintiff

2. Additional Defendants
Sargent Smith, 2nd shifts (Nights) Teacher Peter Seruido, Edu. Teacher Stephine O'Riley, O.R. Belanger.

Commisioner Randell Liberty, Dep Commisioner Dr. Ryan Thorwell, PhD, Asst. Commisioner Scott Laudery, Officer Rollins, Dep Warden Karen Yeaton

Employees of Wellpath Recovery Solutions Vice President Dr. Johns Newbre Director of Medical Dr. Ali

Director of Mental Health - Dr. Brooke

Medical Clinic Staff and Nursing Staff - Nurse Practitioner Yevonne Peebles, Dr. David Drohan, DD Nurse Practitioner Miriam Davidson Med Tec Angel , RN Hilery Stanhope

Mental Health Director at Maine Correctional Center Esther LPC

Mental Health Worker Jenny/ Darren

All Employees of Wellpath worke Here At Maine Correctional Center the Address is 17 Mallison Falls Road Windham Maine, 04062

Wellpath Recovery Solutions has its own private offices up in Augusta Maine, Im not shure of the physcial address. This is where DR. John Newbies office is located, He is the highest Ranking officeal in Maine who works for Wellpath Recovery Solutions. Hes fully aware of all its employees in Maine.

IV. Statement of Claim Continued

I was Released From Riverview Psy Hospital In Augusta Maine on About April 10th or the 11th 2014. After the Kennebec County Superior Court Justice Marden Determined I no longer needed to be Cared For by the Maine Department of Health and Human Services Above a Conviction of "Guilty by Reason of Insanity" by a Jury-Trial In 2006. I Spent 2007 to 2014 In that Psy hospital when I went back to The Maine Department of Corrections The Abuse and Neglect Began at Once Just Like in the Past. I was Assaulted by Staff with Chemical Weapons And physically beaten on a Regular basis By the IMHU Shift Regularly. This went on until 2016 When I Filed my First Law Suit. The Law Suit was head to a Federal Jury Trial In June/July 2017 But the Maine Department of Corrections Decided to Ship me out of state 1500 Miles Away So that I could not fight my Law Suit. They made Shure I was Far Enough Away So I Could Not be transported back In state to Fight my Law Suit. Then when All the time Frames For Filing Ran up. The MDOC commissioner Randell Liberty and Dr. Ryan Thibodeau Forced me to Come Back to MDOC. I was sent to Mt. View Correctional Facility In Charleston, Me Where The Abuse began at Once At One Point I was Completely Straped In A Chair And could not move, & Lt. Shawn Tyrrell Tazed me In the Ball Sack Nothing was Done About It So In 2021 I Filed Again In Law Suit then when I did this I was Once Again Shiped to a new Facility this time In state near to Maine Correctional Center so I Dismissed that Law suit Over the Course of the

Last 13 months. It's been pure hell. A few months ago this year I was sprayed with a mace can 4-5 times without warning and without provacation. I was in my cell when Sgt. Claxton did this. Then as I was trying to send a text message to a friend he tazed me hitting me in the right kidney area and lower back area. He Sargent Claxton had the extraction team cuff me up then Sargent Claxton violently without warning yanked out the tazer prongs and denying me medical services. He by policy was not to pull the tazer prongs out that was medical who should have done that. When Sgt. Claxton had me put in the Restraining Chair he started choking me out cutting off my air supply. This Sargent Claxton has been involved in numerus assaults against me. I suffer from a mild/moderate brain injury (Traumatic Brain Injury) Mental Health Issues, Emotional Issues, Severe Medical Issues, from all the Emotional and mental abuse

And Physical Abuse I've Recived At the hands of MDOC staff And All the Denial of medical Services. The Court Will see when It Allows me to Present to the Court All the Incidents that have happened over the Last 13 Months And for the Lack of help from MDOC staff And For the Denial of medical Services from Wellpath Recovery Soultions the Court Will see And Agree 100 without a doubt that MDOC/Wellpath is Goilty of Crule And Unusuall Punishment And will Grant me the 1.75 Million I'm seeking to help with moving on from All this Abuse And Neglect.

Your honner

This Account statement is all I have to show that I'm insdigant and need to proceed in Forma Popis. An a 1983 fedral Lawsuit,

*Michel*